**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nikki J. Anderson,

Plaintiff,

vs.

Crossroads Capital Partners, LLC,
Crossroads, Inc., and James A. Skelton,
an individual,

Defendants.

Civil No. 01-CV-2000 (ADM/SRN)

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED by and between the parties that the defendants may have up to and including December 31, 2001, to answer or otherwise plead in response to the plaintiff's Complaint.

Dated: November 24, 2001

NICHOLS KASTER & ANDERSON

James H. Kaster, #53946
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

Dated: November 29, 2001

FAEGRE & BENSON LLP

Ronald J. Lee, # 200505
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

FILED DEC 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: December 10, 2001

IT IS SO ORDERED:

Ann D. Montgomery
Judge, U.S. District Court

M1:820821.01

# Please forward this announcement to the recipient of this fax.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500