**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nikki Anderson,

Plaintiff,

v.

**STIPULATION AND ORDER**

Crossroads Capital Partners, LLC,
Crossroads, Inc., Video Update, Inc.,
and
James A. Skelton, an individual,

Defendants.

Court File No. 01-2000 ADM/SRN

---

IT IS HEREBY STIPULATED by and between the parties that the defendant may have up to and including January 31, 2002, to answer and otherwise plead in response to the plaintiff's Complaint.

Dated: Dec 20, 01

NICHOLS KASTER & ANDERSON, PLLP

James H. Kaster, #53946
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(6120 338-1919

Dated: Jan 3, '02

FAEGRE & BENSON, LLP

Ronald J. Lee, #200505
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

FILED 1-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 1/5/02

IT IS SO ORDERED

Ann D. Montgomery
Judge, U.S. District Court