UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nikki J. Anderson,<br><br>Plaintiff,<br><br>v.<br><br>Crossroads Capital Partners, LLC, Crossroads, Inc., Video Update, Inc., and James A. Skelton, an individual,<br><br>Defendants. | Civil No.: 01-CV-2000 ADM/SRN<br><br>**STIPULATION AND ORDER** |

It is hereby agreed, by and between Plaintiff Nikki J. Anderson and Defendant Video Update, Inc., through their respective counsel, that Video Update shall be granted an extension in which to answer or otherwise respond to the First Amended Complaint. This extension shall continue until 20 days after the proper venue for prosecuting Plaintiff's action is determined by United States Bankruptcy Court for the District of Delaware (which is administering the Chapter 11 bankruptcy of Video Update, Inc., Case No.: 00-3663 through 00-3683) or any other court with jurisdiction to make such a determination as to venue.

JAN 2
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 21, 2002.

**MASLON EDELMAN BORMAN & BRAND**
**Limited Liability Partnership**

By: ______________________________
Justin H. Perl (#151397)
Kai H. Richter (#296545)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8334

GADSBY HANNAH LLP
Charles A. Dale III
Michael Karcis
225 Franklin Street
Boston, MA 02100
Telephone: (617) 345-7000

**ATTORNEYS FOR VIDEO UPDATE, INC.**

Dated: January 21, 2002.

**NICHOLS KASTER & ANDERSON, PLLP**

By: ______________________________
James H. Kaster (#53946)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-1919

**ATTORNEYS FOR NIKKI ANDERSON**

**ORDER**

It is so ordered.

Dated: January 25, 2002.

______________________________
Judge Ann D. Montgomery
United States District Court

184153