UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nikki J. Anderson,

Plaintiff,

vs.

Crossroads Capital Partners, LLC, Crossroads, Inc., Video Update, Inc., and James A. Skelton, an individual,

Defendants.

Civil No. 01-CV-2000 (ADM/SRN)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and among plaintiff Nikki J. Anderson, defendant Crossroads, LLC ("Crossroads") (which is mistakenly identified in plaintiff's Complaint and First Amended Complaint as Crossroads Capital Partners, LLC and Crossroads, Inc.), and defendant James A. Skelton ("Skelton"), through their respective counsel, that defendants Crossroads and Skelton shall be granted an extension in which to answer or otherwise respond in this matter. Consistent with the Stipulation and Order between plaintiff and defendant Video Update, Inc., filed January 25, 2002, this extension shall continue until 20 days after the proper venue for prosecuting Plaintiff's action is determined by the United States Bankruptcy Court for the District of Delaware (which is administering the Chapter 11 bankruptcy of defendant Video Update, Inc., Case No. 00-3663 through 00-3683) or any other court with jurisdiction to make such a determination as to venue.

Dated: Feb 1, 2002

NICHOLS KASTER & ANDERSON

James H. Kaster, #53946
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919
Attorneys for Plaintiff

FEB 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: Jan 31, 2002

FAEGRE & BENSON LLP

Ronald J. Lee, # 200505
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
Attorneys for Defendant Crossroads, LLC

Dated: 2/12, 2002

HINSHAW & CULBERTSON

Thomas P. Kane (#0053491)
Piper Jaffray Tower, Suite 3100
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434
Attorneys for Defendant James A. Skelton

Dated: February 14, 2002

IT IS SO ORDERED:

Ann D. Montgomery
Judge, U.S. District Court

M1:842760.01