UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nikki J. Anderson,

Plaintiff,

vs.

Crossroads Capital Partners, LLC, Crossroads, Inc., Video Update, Inc., and James A. Skelton, an individual,

Defendants.

Civil No. 01-CV-2000 ADM/SRN

**STIPULATION AND ORDER TO EXTEND PERIOD FOR RESPONDING TO PLAINTIFF'S COMPLAINT**

The parties hereby stipulate, through their undersigned counsel, that Defendant Video Update, Inc. shall have through **Friday, July 12, 2002**, to answer or otherwise respond to Plaintiff Nikki Anderson's Complaint.

Dated: June 19, 2002

**MASLON EDELMAN BORMAN& BRAND, LLP**

By: [signature]
James F. Hanneman (#202319)
Kai H. Richter (#296545)
90 South Seventh Street
3300 Wells Fargo Center
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
**ATTORNEYS FOR DEFENDANT**

Dated: June 26, 2002

**NICHOLS KASTER & ANDERSON, PLLP**

By: [signature]
James H. Kaster (#53946)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-1919
**ATTORNEYS FOR PLAINTIFF**

JUN 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO ORDERED.

BY THE COURT:

Judge of U.S. District Court
Ann D. Montgomery

211647 / 2002-168