**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nikki J. Anderson,

Plaintiff,

vs.

Crossroads Capital Partners, LLC, Crossroads, Inc., Video Update, Inc., and James A. Skelton, an individual,

Defendants.

Civil No. 01-CV-2000 (ADM/SRN)

**STIPULATION TO AMEND ANSWER OF CROSSROADS, LLC TO SECOND AMENDED COMPLAINT**

---

Defendant Crossroads, LLC and Plaintiff, by and through their undersigned counsel, stipulate to allow defendant Crossroads, LLC to amend its answer in this matter. This stipulation is made pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Dated: July 29, 2002

FAEGRE & BENSON LLP

Tina Lorleberg

Ronald J. Lee (#200505)
Tina L. Lorleberg (#286941)

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant Crossroads, LLC

AUG
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: July 29, 2002

NICHOLS KASTER & ANDERSON , PLLP

Jennifer A. Kitchak

James H. Kaster (#53946)
Jennifer Kitchak (#317056)

4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

Attorneys for Plaintiff Nikki Anderson

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: August 1, 2002

The Honorable Ann D. Montgomery
United States District Court Judge

M1:899556.01