**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Nikki J. Anderson,**

**Plaintiff,**

**v.**

**Crossroads Capital Partner, LLC,**
**Crossroads, Inc.,**
**James A. Skelton, and**
**Video Update, Inc.**

**Defendants.**

**Civil No. 01-2000 ADM/SRN**

**ORDER**

---

Pursuant to the request of counsel, the settlement conference and Defendant Video Update, Inc.'s Motion for Leave to Amend the Complaint to Assert Crossclaims, scheduled for November 21, 2002, is hereby cancelled. Counsel shall contact Calendar Clerk Beverly Riches at 651-848-1200 to reschedule these matters.

DATED: November 18, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED NOV 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK