UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nikki J. Anderson<br><br>Plaintiff,<br><br>vs.<br><br>Crossroads Capital Partners, LLC, Crossroads, Inc., Video Update, Inc. and James A. Skelton, an individual<br><br>Defendants. | Court File No.: 01-CV-2000 ADM/SRN<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER REGARDING DISCOVERY** |

The parties, through their respective counsel, hereby stipulate that the Scheduling Order dated August 5, 2002, shall be amended as follows:

1. The deadline for discovery should be extended 45 days from the original date of February 3, 2003, to March 20, 2003.

Dated: 12/31/02

NICHOLAS, KASTER & ANDERSON, PLLP

BY [signature]
James H. Kaster, Reg. No. 53946
Jennifer A. Kitchak, Reg. No. 0317056
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone No.: 612-338-1919

ATTORNEYS FOR PLAINTIFF NIKKI J. ANDERSON

121066900v1 810680

FILED JAN 0 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: December 30, 2002

**FAEGRE & BENSON**

BY ______________________

Ron Lee, Reg. No. 200205
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone No.: 612-766-8403

**ATTORNEYS FOR DEFENDANTS CROSSROADS CAPITAL PARTNERS, LLC, CROSSROADS, INC.**

Dated: ____________

**MASLON, EDELMAN, BORMAN & BRAND, LLP**

BY ______________________

Justin Perl, Reg. No. 151397
Dawn C. Van Tassel, Reg. No. 297525
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone No.: 612-672-8200

**ATTORNEYS FOR DEFENDANT VIDEO UPDATE**

Dated: ____________

**FAEGRE & BENSON**

BY________________________________

Ron Lee, Reg. No.__________
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone No.: 612-766-8403

**ATTORNEYS FOR DEFENDANTS CROSSROADS CAPITAL PARTNERS, LLC, CROSSROADS, INC.**

Dated: December 30, 2002

**MASLON, EDELMAN, BORMAN & BRAND, LLP**

BY________________________________

Justin Perl, Reg. No. 151397
Dawn C. Van Tassel, Reg. No. 297525
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone No.: 612-672-8200

**ATTORNEYS FOR DEFENDANT VIDEO UPDATE**

Dated: 1-8-03

**HINSHAW AND CULBERTSON**

By Jodi L. Johnson
Thomas P. Kane Reg. No. 0053491
Jodi L. Johnson Reg. No. 277265
222 South Ninth Street
Suite 3100
Minneapolis, MN 55402
Telephone: 612-333-3434
Fax: 612-334-8888

**ATTORNEYS FOR DEFENDANT JAMES A. SKELTON**

**IT IS SO ORDERED:**

Dated: January 9, 2002

BY THE COURT

Susan Richard Nelson
SUSAN RICHARD NELSON
United Stated Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed <u>retroactively</u>, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.