**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nikki J. Anderson,

Plaintiff,

vs.

Crossroads Capital Partners, LLC, Crossroads, Inc., and James A. Skelton, an individual,

Defendants.

Civil No. 01-CV-2000 (ADM/SRN)

**STIPULATION AND ORDER**

---

**STIPULATION**

Plaintiff Nikki Anderson and defendant Crossroads, LLC, by and through their counsel, hereby stipulate that Counts II and III of plaintiff's complaint may be dismissed with prejudice as to defendant Crossroads, LLC.

Dated: April 22, 2003

NEATON, PUKLICH & KLASSEN

Patrick J. Neaton, #77318
Michael L. Puklich, #0250611
John A. Klaasen, #24434X

601 Carlson Parkway, Suite 620
Minnetonka, Minnesota 55305
(952) 258-8444
Attorneys for Plaintiff

Dated: April 24, 2003

FAEGRE & BENSON LLP

Ronald J. Lee, # 200505
Daniel G. Prokott, #031256

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
Attorneys for Defendant Crossroads, LLC

FILED 4-25-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED that Counts II and III of plaintiff's complaint are hereby dismissed with prejudice as to defendant Crossroads, LLC.

Dated: April 25, 2003

IT IS SO ORDERED:

Ann D. Montgomery
Judge, U.S. District Court

Crossroads.doc