UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nikki J. Anderson,

Plaintiff,

vs.

Crossroads Capital Partners, LLC, Crossroads, Inc., Video Update, Inc., and James A. Skelton, an individual,

Defendants.

Civil No. 01-CV-2000 ADM/SRN

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

---

WHEREAS, the Court issued a Scheduling Order in the above-captioned matter on August 5, 2002;

WHEREAS, the Order provides that dispositive motions shall be heard by June 2, 2003 and that the case shall be ready for trial August 1, 2003;

WHEREAS, by order of the Court dated April 18, 2003, Plaintiff's Motion to Amend to assert new claims was granted, and Defendant Video Update's Motion to Amend to Assert Crossclaims was granted in part;

NOW, THEREFORE, for good cause shown, the parties hereby stipulate to the following amendment to the Court's Scheduling Order:

1. That depositions of all expert witnesses and of Charles Dale, Esq., be completed by June 20, 2003.

2. That dispositive motions shall be heard by August 15, 2003.

3. That this case shall be trial ready on October 6, 2003.

MAY 05 2003
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: April 28, 2003

**NEATON, PUKLICH & KLASSEN**

By: ______________________
Michael Puklich (#250611)
601 Carlson Pkwy., Suite 620
Minnetonka, MN 55305
Phone: (952) 258-8444
Fax: (952) 258-9988

**ATTORNEYS FOR PLAINTIFF NIKKI J. ANDERSON**

Dated: April 29, 2003

**FAEGRE & BENSON, LLP**

By: ______________________
Ronald L. Lee (#200505)

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612)766-7000

**ATTORNEYS FOR DEFENDANT CROSSROADS, LLC**

Dated: April 28, 2003

**HINSHAW & CULBERTSON**

By: Jodi L. Johnson

Thomas P. Kane (#0053491)
Jodi L. Johnson (#277265)
222 Ninth Street South
Suite 3100
Minneapolis, MN 55402
Phone: (612) 333-3434

**ATTORNEYS FOR DEFENDANT JAMES A. SKELTON**

Dated: May ___, 2003

**MASLON EDELMAN BORMAN & BRAND, Limited Liability Partnership**

By: /s/ Dawn C. Van Tassel

Justin H. Perl (#151397)
Dawn C. Van Tassel (#297525)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200
Facsimile: (612) 672-8397

**ATTORNEYS FOR DEFENDANT VIDEO UPDATE, INC., n/k/a M.G. MIDWEST, INC.**

IT IS SO ORDERED.

Dated: May 5, 2003

BY THE COURT:

Susan Richard Nelson

The Hon. Susan Richard Nelson
Magistrate Judge