**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Nikki J. Anderson,**

**Plaintiff,**

**v.**

**Crossroads Capital Partners, LLC, Crossroads, Inc., Video Update, Inc., and James A. Skelton, an individual,**

**Defendants.**

**Civil No. 01-2000 (ADM/SRN)**

**ORDER**

---

John A. Klassen, Esq., on behalf of Plaintiff

Thomas Kane, Esq., on behalf of Defendant Skelton

Kai Richter, Esq., on behalf of Defendant Video Update

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on June 2, 2003, on Defendant Skelton's Motion to Extend the Nondispositive Motion Deadline and Motion to Compel the Production of Documents from Plaintiff (Doc. No. 56). This matter has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

Based upon the files, records and proceedings herein,

**THEREFORE, IT IS HEREBY ORDERED that:**

1. Defendant Skelton's Motion to Extend the Nondispositive Motion Deadline and Motion to Compel the Production of Documents from Plaintiff (Doc. No. 56) is



FILED JUN 0 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**GRANTED** with the directions and limitations provided herein. Defendant Skelton has been involved in lengthy negotiations with Plaintiff, dating back to negotiations with Plaintiff's first set of attorneys, concerning computer files. Defendant Skelton is entitled to a copy of all documents/files relevant to this litigation that exist on Plaintiff's personal computer as well as those that have been deleted or otherwise adulterated. Defendant Skelton shall draft a word search list incorporating relevant date and name limitations. Defendant Skelton shall obtain a computer forensics expert to conduct a search of Plaintiff's personal computer. No documents/files shall be opened until Plaintiff's counsel has had an opportunity to review the contents of such documents/files. After reviewing any documents/files found, Plaintiff's counsel shall produce a copy of all relevant, non-privileged documents/files. If any documents/files are withheld as privileged, Plaintiff's counsel shall prepare a privilege log.

Dated: June 3, 2003

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge