# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Nikki Anderson,
Plaintiff,
v.

Crossroads Capital, et. al.,
Defendant.

## COURT MINUTES

Case Number: 01-2000(ADM/SRN)

| | |
|---|---|
| Date: | March 9, 2004 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 4:30 p.m. |
| Time in Court: | 6 Hours & 0 Minutes |

Trial before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Mic Puklich
For Defendant: Tom Kane

## PROCEEDINGS:

: **Jury Selection.**
: **JURY Trial - Began**.
: Jury impaneled (File list of jurors).
: Opening statements.
: **JURY Trial Held.**
: Plaintiff's witnesses: Nikki Anderson

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Gertie Simon
Signature of Courtroom Deputy