# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Nikki Anderson, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Ann D. Montgomery |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 01-2000 |
| | ) | Date: March 10, 2004 |
| Crossroads Capital, et. al., | ) | Court Reporter: Tim Willette |
| | ) | Time Commenced: 10:00 a.m. |
| Defendant. | ) | Time Concluded: 11:30 a.m. |
| | ) | Time in Court: 1 Hours & 30 Minutes |

Hearing on: **Settlement**

APPEARANCES:

Plaintiff: Mic Puklich & John Klassen
Defendant: Thomas Kane, Jodi Johnson, Ron Lee

PROCEEDINGS:

: Settlement reached. Terms stated on the record.

IT IS ORDERED:

: Parties to submit a stipulation of dismissal

s/Gertie Simon
Courtroom Deputy