UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nikki J. Anderson,

Plaintiff,

vs.

Crossroads Capital Partners, LLC, Crossroads, Inc., Video Update, Inc., and James A. Skelton, an individual,

Defendants.

Civil No. 01-CV-2000 (ADM/SRN)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

## STIPULATION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their respective counsel, that this action shall be dismissed, with prejudice, and without an award of costs, disbursements or attorneys' fees to any party.

Dated: 3/23, 2004

NEATON, PUKLICH, & KLASSEN

Michael Puklich (#250661)
John Klassen (#24434X)

601 Carlson Pkwy, Suite 620
Minnetonka, MN 55305
(952) 258-8444

Attorneys for Plaintiff

FILED MAR 2 5 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: March 18, 2004

MASLON, EDELMAN, BORMAN, & BRAND, LLP

Justin Perl (#151397)
Dawn Van Tassel (#297525)

3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 672-8200

Attorneys for Video Update, Inc.

Dated: March 18, 2004

HINSHAW & CULBERTSON

Thomas Kane (#053491)
Jodi Johnson (#277265)

Campbell Mithun Tower
222 South Ninth Street
Suite 3100
Minneapolis, MN 55402
(612) 333-3434

Attorneys for James A. Skelton

Dated: 3-18, 2004

FAEGRE & BENSON LLP

Ronald J. Lee, #200505
Daniel G. Prokott, #310256

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Crossroads LLC

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that this action shall be dismissed, with prejudice, and without an award of costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 25, 2004

BY THE COURT

The Honorable Ann D. Montgomery
U. S. District Court Judge

M1:1084158.01