OAO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Nikke J. Anderson

V.

Crossroads Capital Partners, LLC, Crossroads, Inc., Video Update, Inc., and James A. Skelton, an individual

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2000 ADM/SRN

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. Pursuant to Stipulation.

IT IS ORDERED AND ADJUDGED THAT:
this action is dismissed, with prejudice, and without an award of costs, disbursements or attorneys' fees to any party

March 25, 2004
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk